UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN KLIEBERT | CIVIL ACTION |
| VERSUS | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL. | NO. 23-00839-BAJ-SDJ |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this matter be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 12th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA